# IN THE UNITED STATES DISTRICT COURT
## FOR THENORTHERN DISTRICT OF MISSISSIPPI
### ABERDEEN DIVISION

**JOHNNIE COOMBS, ET AL.**                                    **PLAINTIFFS**

**V.**                          **CIVIL ACTION NO: 1:18-cv-00189-GHD-RP**

**CITY OF ABERDEEN, MISSISSIPPI**                              **DEFENDANT**

## AGREED ORDER OF DISMISSAL

Plaintiffs, Johnnie and Cindy Coombs, and Defendant City of Aberdeen, Mississippi, have agreed to and announce to the Court a confidential settlement of this case, and the Court, being advised that the parties have an informed understanding of their rights and a full appreciation of the consequences of the confidential settlement, is desirous that this matter be finally closed on the docket.

IT IS, THEREFORE, ORDERED AND ADJUDGED that this case is hereby CLOSED and all claims are DISMISSED WITH PREJUDICE as to all parties, including all claims brought or that could have been brought by any party, with the parties to bear their own costs. Pursuant to the agreement of the parties, the Court will retain jurisdiction over this lawsuit for the purpose of enforcing the settlement agreement.

SO ORDERED AND ADJUDGED this the ____ day of September, 2019.

_____
SENIOR U.S. DISTRICT JUDGE